```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA *ex rel.*
ROBERT MADSEN; STATE OF NEW YORK
*ex rel.* ROBERT MADSEN *et al.*; and ROBERT
MADSEN individually,

      Plaintiffs,

  v.

BANK OF AMERICA, its subsidiaries
COUNTRYWIDE FINANCIAL, LANDSAFE
APPRAISAL SERVICES, INC., US TRUST; and
BNY MELLON,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11 Civ. 4207 (PGG)

**ORDER**

    The United States of America (the "United States" or "Government"), along with the States of California, Delaware, Illinois, Kentucky, Maryland, and New York, having entered into a settlement agreement with Bank of America Corporation, Bank of America, N.A., Banc of America Mortgage Securities, and their current and former subsidiaries and affiliates (collectively, "Bank of America"), on or about August 19, 2014, resolving certain mortgage-related liabilities of Bank of America to the United States and these States (the "Settlement Agreement"), including all claims of the United States as alleged in this action relating to the Covered Conduct defined in paragraphs 3(A) through 3(F) of the Settlement Agreement; and the Government and the Relator having entered into a Stipulation and Order of Settlement and Release and a Stipulation and Order of Voluntary Dismissal with the relator on or about December 8, 2014;

    IT IS ORDERED THAT:

    1.  The Third Amended Complaint in this action shall be unsealed upon the entry of this Order and served upon the Defendants, if not already served.

2. Except for this Order, all other contents of the Court's file in this action shall remain under seal and not be made public or served upon the Defendants.

3. Upon the unsealing of the Third Amended Complaint, the seal shall be lifted as to all matters occurring in this action subsequent to the date of this Order.

Dated: December 9, 2014
New York, New York

SO ORDERED:

_____
HON. PAUL G. GARDEPHE
United States District Judge