UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA ex rel.
ROBERT MADSEN, et al.,

                        Plaintiffs,

        v.

BANK OF AMERICA, et al.,

                        Defendants.

**ORDER**

11 Civ. 4207 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Government is directed to respond to the correspondence reflected at Dkt. Nos. 28-30 by **March 12, 2020**.

Dated:  New York, New York
         March 5, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge