UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA ex rel.
ROBERT MADSEN, et al.,

                      Plaintiffs,

v.

BANK OF AMERICA, et al.,

                      Defendants.

**ORDER**

11 Civ. 4207 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On March 3, 2020, non-party John Ferguson, by and through his counsel Jonathan Zakheim, filed a motion to unseal the Complaint, the Amended Complaint, and the Second Amended Complaint in this action. (Dkt. No. 28)

        It is hereby ORDERED that all contents of the Court's file in this action shall be unsealed upon the entry of this order.

Dated: New York, New York
       March 12, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge